UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ASSET VISION, LLC, an Idaho limited liability company, and DEER VALLEY TRUCKING INC., an Idaho corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CREG FIELDING, an individual, BRAD HALL, an individual, COLE HALL, an individual, and BRAD HALL & ASSOCIATES, INC., an Idaho corporation,<br><br>Defendants. | Case No. 4:13-cv-00288-BLW<br><br>**ORDER** |

The Court has before Plaintiffs' Motion for Leave to Exceed Page Limitations (Dkt. 42), and Plaintiffs' Motion to Shorten Time (Dkt. 43). The Court will grant the first motion in part and deem moot the second as explained below.

With respect to the first motion, this Court rarely grants motions for leave to exceed page limitations – and when it does, it typically allows only an extra page or two. Here, a cursory review of the proposed overlength brief shows that a few extra pages may be necessary. On preliminary injunction, the Court is often without the factual background of the case to fully comprehend the issues presented – especially in the more complicated matters. Thus, although the Court does not necessarily find this case overly complicated, it appears the somewhat lengthy background portion of the brief may at least

give the Court some important factual information. But the Court does not agree with Plaintiffs' argument that the Court should allow an overlength brief in line with the page allocations for a summary judgment brief and statement of facts. Instead, the Court will grant the Plaintiffs 5 extra pages. In turn, Defendants may file a 25-page brief in response to the motion. Plaintiffs may file only a 10-page reply, since the recitation of facts will not be necessary in that brief.

As for the motion to shorten time, Defendants have already responded to the motion for excess pages. Accordingly, the motion to shorten time is moot.

## ORDER

**IT IS ORDERED:**

1. Plaintiffs' Motion for Leave to Exceed Page Limitations (Dkt. 42) is **GRANTED in part** as explained above.

2. Plaintiffs' Motion to Shorten Time (Dkt. 43) is **DEEMED MOOT**.

DATED:  **December 4, 2013**

B. LYNN WINMILL
Chief U.S. District Court Judge