# United States District Court
## District of Idaho

| | |
|---|---|
| ASSET VISION, LLC, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>CREG FIELDING, *et al.*,<br><br>        Defendants. | 4:13-CV-288-REB<br><br><br>Order |

      The Court has considered the motion of Plaintiff Asset Vision, LLC to expedite and shorten time within which to move for an extension of time to file a reply in support of its motion for a preliminary injunction and its motion to for an extension of time to file a reply in support of its motion for a preliminary injunction, together with the moving papers.

      It is Ordered that both motions be, and hereby are, Granted.

. . . . . . . .
. . . . . . . .

It is further Ordered that Plaintiff Asset Vision, LLC shall file its reply in support of its motion for a preliminary injunction, if any, on or before Tuesday, January 28, 2014.

Date: January 23, 2014

_____
Terry J. Hatter, Jr.
Senior United States District Judge